In the Matter of the Arbitration of Certain Differences between MORTIMER A. KLEBAN, Doing Business under the Name and Style of KLEBAN CONSTRUCTION Co., and NATHAN TANNENBAUM, Respondents, and BENJAMIN SHAPIRO, Doing Business under the Name and Style of AABRON Co., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

MICHAEL MAYDAN, an Infant, by ANNA MAYDAN, His Guardian ad Litem, and MARTIN MAYDAN, Plaintiffs, v. ALCO MOTOR TRUCKING CORPORATION, Defendant. MICHAEL MAYDAN, Appellant, v. THE CHAMBERLAIN OF THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore and Cohn, JJ.

VINCENT ROBINSON, Respondent, v. ALBERT COHEN, Appellant.— Order unanimously modified by striking out the condition and by providing that the verdict be set aside and a new trial ordered, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Glennon, Dore and Cohn, JJ.

JOHN L. LOEB, Appellant, v. COLUMBIA PICTURES CORPORATION and Others, Respondents.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

B. C. SCHRAM, Receiver of FIRST NATIONAL BANK-DETROIT, a National Banking Association, Respondent, v. EDWARD GRANT SPARROW, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ELLEN BROWN, Appellant, v. MARY E. STEINREICH and FIFTH AVENUE COACH COMPANY, Defendants. (In the Matter of the Application of SIDNEY S. WEINBERGER, Respondent, for an Order Fixing His Fees.) — Order unanimously modified by reducing the fee awarded, including disbursements, to the sum of $350, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of CITY BANK FARMERS TRUST COMPANY and HATTIE O. WYCKOFF, as Executors of and Trustees under the Last Will and Testament of MICHAEL WINBURN, Deceased. ABRAHAM WINEBURGH, Appellant; ETHEL W. LUCKENBACH, Petitioner, Respondent; CITY BANK FARMERS TRUST COMPANY and Another, as Executors and Trustees, etc., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

EMMA B. RUNCIE, Appellant, v. HAROLD A. SUTPHEN, Respondent.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and motion to strike out item 11 granted. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

FRANKLIN TITLE AND MORTGAGE GUARANTY COMPANY OF NEW YORK, a Domestic Corporation, Plaintiff, v. ISAAC SHERNOV and Others, Defendants. FRANKLIN TITLE AND MORTGAGE GUARANTY COMPANY OF NEW YORK, Plaintiff, Respondent; HARRY J. FITZPATRICK, Receiver-Respondent; ISAAC SHERNOV and LILLIAN WANSKER, Defendants, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore and Cohn, JJ.